CHARLES M. DAMUS, Esq.
Nevada Bar No. 943
CHARLES M. DAMUS & ASSOCIATES
624 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5034
Facsimile: (702) 384-9289
E-Mail: c.damus@damuslaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In RE: )
)
VILLAS AT THE LAKE II, LLC, ) Case No.: 10-20204-lbr
) Chapter 11
)
Debtor. )
_____ )

## NOTICE OF ATTORNEY'S LIEN

TO: VILLAS AT THE LAKE II, LLC, Debtor;

TO: VILLAS AT THE LAKE I, LLC, Debtor's affiliate;

YOU, AND EACH OF YOU, ARE HEREBY NOTIFIED, that pursuant to N.R.S. 18.015, that the law firm of CHARLES M. DAMUS & ASSOCIATES, located at 624 South Sixth Street, Las Vegas, Nevada 89101, has been retained pursuant to a written Retainer Agreement by Debtor VILLAS AT THE LAKE II, LLC as its attorney with regard to the above captioned matter on an hourly fee basis, subject to certain minimum payment requirements, to represent and defend said Debtor's interests and to file and prosecute the Chapter 11 Bankruptcy herein so as to preserve Debtor's interest and possession of its properties located with Lake Las Vegas, Henderson Nevada.

To secure the payment of attorney's fees in the sum of Twenty-Five Thousand Dollars ($25,000), Debtor caused its related entity, VILLAS AT THE LAKE I, LLC to pledge certain real property located adjacent to Debtor's real property and commonly known as 30 Via

1

Mantova, Units 101, 109, 202, 208, 210, 302, 309, 310, 401, 402, 404 and 405, Henderson, NV 89011, and legally described as:

> Units 101, 109, 202, 208, 210, 302, 309, 310, 401, 402, 404 and 405 in Building 3 of MANTOVA Phase 3, as shown and described the FINAL MAP OF LAKE LAS VEGAS Parcel 17, (Mantova) Phase 3 and 4, a Condominium Subdivision and Common Interest Community, recorded March 30, 2004 in Book 127 of Plats, Page 17, and amended by Certificate of Amendment recorded November 10, 2005 in Book 20051110 as Document No. 0002055 in the Office of the County Recorder of Clark County, Nevada.
> APN 160-14-815-034

YOU ARE FURTHER NOTIFIED that, pursuant thereto, said Debtor is now indebted to CHARLES M. DAMUS & ASSOCIATES for unpaid legal services and costs advanced on behalf of said Debtor in the sum of Twenty-Five Thousand Dollars ($25,000), plus accounting fees incurred of Eleven Thousand Thirty Dollars ($11,030) and that the undersigned claims an attorney's lien for said amount against Debtor and its property and the property of Debtor's affiliate, VILLAS AT THE LAKE I, LLC, and specifically the property located at 30 Via Mantova, Units 101, 109, 202, 208, 210, 302, 309, 310, 401, 402, 404 and 405, Henderson, NV 89011.

THIS LIEN shall attach to the proceeds recovered from the case herein by Debtor, VILLAS AT THE LAKE II, LLC if any, as well as to any real and/or personal property situated in the County of Clark, State of Nevada, and owned by said Debtor and or its affiliate VILLAS AT THE LAKE I, LLC.

DATED this 30th day of March, 2011.

2

CHARLES M. DAMUS & ASSOCIATES

CHARLES M. DAMUS, Esq.
Nevada Bar No. 943
624 South Sixth Street
Las Vegas, NV 89101

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 31st day of March, 2011, I mailed a copy of the NOTICE OF ATTORNEY'S LIEN to the following via certified mail, return receipt requested, and regular first class mail, and with postage fully prepaid thereon and deposited in the United States Mail as follows:

VILLAS AT THE LAKE II, LLC
3030 Old Ranch Parkway, Ste. 190
Seal Beach, California 90740

VILLAS AT THE LAKE I, LLC
3030 Old Ranch Parkway, Ste. 190
Seal Beach, California 90740

An Employee of CHARLES M. DAMUS & ASSOCIATES

3